

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00354-CV

_____

TAMMY HARRISON, Appellant

V.

CORY WALKER, Appellee

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-645678-18

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellant Tammy Harrison attempts to appeal from an "Associate Judge's Order" (the Order).

Generally, appeals may be taken only from final judgments or interlocutory orders authorized by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001). On July 21, 2025, we notified Harrison of our concern that we lacked jurisdiction over this appeal because the Order did not appear to be a final judgment or appealable interlocutory order. *See id.* We informed Harrison that unless she or any other party filed a response by July 31, 2025, showing grounds for continuing the appeal, we could dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We did not receive a response. Accordingly, we dismiss Harrison's appeal for want of jurisdiction.[1] *See* Tex. R. App. P. 42.3(a), 43.2(f); *Lehmann*, 39 S.W.3d at 195, 200; *see also In re R.B.*, No. 02-24-00531-CV, 2025 WL 285336, at *1 (Tex. App.—Fort Worth Jan. 23, 2025, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction because order being appealed was not a final judgment or appealable interlocutory order).

/s/ Dana Womack

Dana Womack
Justice

Delivered: August 21, 2025

---

[1]The trial court clerk recently confirmed that the trial court had not signed a final order in this case.